1  ROBERT M. PETERSON (Bar No.: 100084)
   rpeterson@ccplaw.com
2  JESSICA STUART PLINER (Bar No.: 261976)
   jpliner@ccplaw.com
3  CARLSON, CALLADINE & PETERSON LLP
   353 Sacramento Street, 16th Floor
4  San Francisco, CA 94111
   Telephone: (415) 391-3911
5  Facsimile: (415) 391-3898

6  Attorneys for Plaintiff
   TRAVELERS COMMERCIAL
7  INSURANCE COMPANY

8

9

10                 UNITED STATES DISTRICT COURT

11                CENTRAL DISTRICT OF CALIFORNIA

12                    SANTA ANA DIVISION

|  |  |
|---|---|
| 13  TRAVELERS COMMERCIAL<br>     INSURANCE COMPANY,<br>14<br>            Plaintiff,<br>15<br>        vs.<br>16<br>     JUSTIN WAYNE NABORS, AN<br>17  INDIVIDUAL; RONALD C.<br>     TOUCHARD, AN INDIVIDUAL;<br>18  MISTY NABORS TOUCHARD,<br>     AN INDIVIDUAL; LAYNE<br>19  BRUCE FISCHER, AN<br>     INDIVIDUAL; AND DOES 1-100,<br>20<br>            Defendants.<br>21 | )  CASE NO.: SACV15-01383 AG (KESx)<br>)  (LEAD CASE)<br>)<br>)  CASE NO.: SACV15-01416 AG (KESx)<br>)  (CONSOLIDATED CASE)<br>)<br>)  [JUDGMENT IN FAVOR OF<br>)  TRAVELERS COMMERCIAL<br>)  INSURANCE COMPANY<br>)<br>)  Date:  February 8, 2016<br>)  Time:  10:00 a.m.<br>)  Courtroom: 10D<br>)  Judge:  Hon. Andrew J. Guilford<br>)<br>)<br>) |

22

23         Pursuant to the Order granting Plaintiff TRAVELERS COMMERCIAL

24  INSURANCE COMPANY'S motion for summary judgment, judgment is hereby

25  entered in Travelers' favor on both its Complaint and on Fischer's Complaint.

26

27  Dated: 2/12/16                    _____
                                      ANDREW J. GUILFORD
28                                    United States District Judge

                                   1